THOMAS L. GEIGER (SBN 199729)
County Counsel
PATRICK L. HURLEY (SBN 174438)
ANDREA L. RUSSI (SBN 189543)
KURTIS C. KELLER (SBN 287724)
Deputies County Counsel
COUNTY OF CONTRA COSTA
1025 Escobar Street, Third Floor
Martinez, California 94553
Telephone: (925) 655-2200
Facsimile: (925) 655-2263
Electronic Mail: patrick.hurley@cc.cccounty.us
andrea.russi@cc.cccounty.us
kurtis.keller@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVI LUKS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA,<br><br>Defendant. | No. 3:26-cv-04509-JSC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES<br><br>CMC: August 12, 2026<br>Time: 2:00 P.M.<br>Crtrm: Zoom<br>Judge: Hon. Jacqueline Scott Corley<br>Date Action Filed: May 14, 2026<br>Trial Date: Not Assigned |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Northern District of California Local Rules 6-1 and 6-3, Plaintiff Davi Luks ("Plaintiff") and Defendant County of Contra Costa ("Defendant") stipulate and request that the Court continue the Case Management Conference from August 12, 2026 to October 14, 2026, or a further date convenient to the Court's calendar.

Good cause exists to grant this motion for the following reasons: The parties are engaged in informal settlement discussions. Those discussions are moving forward but involve extensive

discussion of both monetary and non-monetary terms relating to, among other things, the County's ordinance at issue in the action. Continuing the case management conference will allow parties to conduct further settlement discussions. The parties intend to determine whether a resolution can be reached in the next 30-45 days. Continuing the Case Management Conference will allow the parties to avoid incurring unnecessary fees and costs while the settlement discussions are on-going.

Based on the foregoing, the parties request that the Court continue the Case Management Conference for 60 days to October 14, 2026, or to a further date convenient to the Court.

Dated: July 9, 2026

THOMAS L. GEIGER
COUNTY COUNSEL

By: *\/s\/ Kurtis C. Keller*
KURTIS C. KELLER
Deputy County Counsel
Attorneys for Defendant
COUNTY OF CONTRA COSTA

Dated: July 9, 2026

ACLU FOUNDATION OF NORTHERN CALIFORNIA

By: *\/s\/ Shaila Nathu*
WILLIAM S. FREEMAN
SHAILA NATHU
Attorneys for Plaintiff
DAVI LUKS

**ATTORNEY ATTESTATION**

I hereby attest that I have authorization from all of the above-named counsel to E-file this stipulation and this authority is reflected by the conformed signature ("/s/") within this E-filed document.

DATED: July 15, 2026 *___/s/ Kurtis C. Keller_______*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby continues the initial Case Management Conference from August 12, 2026 to ______________________ at 2:00 p.m. by Zoom videoconference, and also continues all associated dates to run with the new Case Management Conference date.

IT IS SO ORDERED.

DATED: ___________ ________________________________________

HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE